FILED
SEP 0 4 2020



# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

Southern Division

| | |
|---|---|
| **Gary L Swanson** (handwritten: Gary L Swanson) <br> Plaintiff(s) <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br> **Carolina Fresh Water LLC** and **Sid Smith (owner)** <br> Defendant(s) <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. **7:20-CV-163-BO** <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☐ Yes ☑ No |

## COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Gary L Swanson |
| Street Address | 310 N Front St Ste 4-8 |
| City and County | Wilmington - New Hanover |
| State and Zip Code | NC 28401 |
| Telephone Number | 910-512-9964 |
| E-mail Address | swansonzsite@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Carolina Fresh Water LLC |
| Job or Title *(if known)* | |
| Street Address | 2303 W. Meadowbrook Rd Suite #101 |
| City and County | Greensboro Guilford County |
| State and Zip Code | NC 27407 |
| Telephone Number | 336-617-5386 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Sid Smith |
| Job or Title *(if known)* | Owner-Carolina Fresh Water LLC |
| Street Address | 5925 Farm Pond Rd |
| City and County | Apex Wake County |
| State and Zip Code | NC 27523 |
| Telephone Number | |
| E-mail Address *(if known)* | |

~~Defendant No. 3~~ Attorney for Carolina Fresh Water LLC

| | |
|---|---|
| Name | Jerry H Walters Jr. |
| Job or Title *(if known)* | Attorney-Littler Mendelson P.C.-Shareholder |
| Street Address | BoA Center 100 N Tyron Street Suite 4150 |
| City and County | Charlotte-Mecklungberg |
| State and Zip Code | NC 28202 |
| Telephone Number | (704)972-7013 |
| E-mail Address *(if known)* | jwalters@littler.com |

~~Defendant No. 4~~ Attorney For Workman Comp / ~~Keeper~~ Hartford Ins

| | |
|---|---|
| Name | Emily C Pappas & Joel Turner |
| Job or Title *(if known)* | Attorney-Hedrick Gardner Kincheloe & Garofalo LLP-Raleigh |
| Street Address | 4131 Parklake Ave Suite 300 |
| City and County | Raleigh-Wake Co. |
| State and Zip Code | NC 27612 |
| Telephone Number | 919-719-3750 |
| E-mail Address *(if known)* | epappas@hedrickgardner.com;jturner@hedrickgardner.com |

C. **Place of Employment**

The address at which I am employed or was employed by the defendant(s) is

| | |
|---|---|
| Name | Carolina Fresh Water LLC/Speaks Teleservices |
| Street Address | 2303 W Meadowbrook Rd Suite#101 |
| City and County | Greensboro Guilford County |
| State and Zip Code | NC 27402 |
| Telephone Number | (336)617-5386 |

II. **Basis for Jurisdiction**

This action is brought pursuant to *(check all that apply)*:

☑ Fair Labor Standards Act, as codified, 29 U.S.C. §§ 201 to 209.
☑ Relevant state law
☑ Relevant city or county law

III. **Statement of Claim**

State as briefly as possible the facts of your case. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Nature of employer's business:
Plumbing-City & Well Water Filtration Systems

B. Dates of employment:
Aug 2018 to July 6 2019

C. Employee's job title and a description of the kind of work done:
Sales and Plumbing Installation and Service

D. Rate, method, and frequency of wage payment:

Commission and Piece Work

E. Number of hours actually worked each week in which a violation is claimed:
Approx 60 hours

F. Description of the alleged violation(s) *(check all that apply)*:

[✓] Failure to pay the minimum wage *(explain)*
$684.00 Week (FLSA) for Professional Plumber (NCP1#30515)

[✓] Failure to pay required overtime *(explain)*
As local area plumbing installer and service respondant I was tasked with shop and van stock and inventory which often was expected to be done without compensation.

[✓] Other violation(s) *(explain)*
Employer Retalation for filing a compliant with NC State Board for Plumbing Contractors.
Employer Retalation for filing Form 33 'Notice of Injury' with NC Industrial Commission
NC IC File No 19-735402 et al Claim #Y97C47203 (Hartford Insurance)  Exhibit B
NC Dept of Labor File #51337,51338,51339,51340
EEOC Charge No 435-2019-00930

G. Date(s) of the alleged violation(s):
From March 2019 to Present

H. Additional facts:
Stafford v Carolina Fresh Water LLC (North Carolina Middle District Court) Case 1:19-cv-00562
Judge: Thomas D Schroeder ; Referred L Patrick Auld
Nature of Suit 710 Labor- Fair Labor Standards Act 29:201 Denial of Overtime Compensation
Case Filed: May 31 2019 Case Terminated Jun 17, 2020
Wake County Case 2019-0837 (State Board of Examiners for Plumbing Heating and Fire Sprinkler Contractors vs Freeman & Carolina Fresh Water LLC) (Exhibit A)
Documents & Exhibits in NC Eastern District Southern Division Case No.7:19-CV-241-FL;No 7:19-CV-242-FL; 7:19-CV-243-FL;7:19-CV-244-FL;19-CV-245-FL
Documents & Exhibits in 4th District Court of Appeals 20-1216;20-1217;20-1218;20-1232;20-1233

NC Dept of Justice File #CP-20-02628
US District Court Southern Division No 7:20-CV-45-M

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I Seek Compensatary/Liquidated Damages of $135,556 for Back Pay 2018, 2019 and Future Pay 2020 (NC Avg wages for P1 Plumber), Includes Administrative/Legal Advocate/Medical Fees
On March 13 2020, the president declared an emergency for COVID-19 under Section 201 and 301 of the National Emergencies Act. NC Governor Cooper ordered 'Stay at Home Orders'; Telecommuting is not possible for NC Licensed Service Plumbers.
I Seek Exemplatory & Special Damages of $542,224 for Permanant Disabilility (Veterans Admin rating dated Oct 28 2019). For Intentional Infliction of Financial & Emotional Distress. Future Vocational & Career Re-training and Ongoing medical expenses. I also seek any additional remedies that may be allowed by NC and/or Federal Law against Littler Mendelson P.C. and Hedrick Gardner Kincheloe & Garofalo LLP for Defamation, Libel & Slander

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/02/2020

Signature of Plaintiff
Printed Name of Plaintiff: Gary Swanson       pro Se

### B. For Attorneys

Date of signing:

Signature of Attorney: N/A
Printed Name of Attorney:
Bar Number:

EEOC Form 161 (11/16)       **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Gary L. Swanson<br>310 N Front St Ste 4-8<br>Wilmington, NC 28401 | From: | U.S. EEOC-Raleigh Area Office<br>434 Fayetteville Street, Suite 700<br>Raleigh, NC 27601 |
|---|---|---|---|

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 435-2019-00930 | J. E. Morales,<br>Senior Federal Investigator | (919) 856-4152 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

For: **J. E. Morales**     Digitally signed by J. E. Morales<br>DN: cn=J. E. Morales, o=U.S. EEOC, ou=Raleigh Area Office, email=jorge.morales-mendez@eeoc.gov, c=US<br>Date: 2020.08.12 11:50:27 -04'00'     08/14/2020

Enclosures(s)     **Glory Gervacio Saure,**<br>**Area Office Director**     *(Date Mailed)*

cc:     **Jerry H. Walters Jr., Esq.**<br>**Attorney**<br>**LITTLER MENDELSON, P.C.**<br>**100 North Tryon Street**<br>**Suite 4150**<br>**Charlotte, NC 28202**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[ ] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>435-2019-00930 |
|---|---|---|

_____null_____ and EEOC
*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Mr. Gary L Swanson | (910) 512-9964 | 1968 |

Street Address: 915 Dock St, City, State and ZIP Code: WILMINGTON, NC 28401

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| CAROLINA FRESH WATER LLC | 15 - 100 | (336) 617-5386 |

Street Address: 2303 W. Meadowview Rd Suite 101, City, State and ZIP Code: GREENSBORO, NC 27407

| Name | No. Employees, Members | Phone No. |
|---|---|---|
|  |  |  |

Street Address: City, State and ZIP Code:

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[ ] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[X] RETALIATION [X] AGE [X] DISABILITY [ ] GENETIC INFORMATION
[ ] OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04-03-2019    Latest: 07-06-2019
[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I. I was hired by the above named employer in August 2018, and last held the position of Plumbing Installer. On or around April 3, 2019, Owner Sid Smith offered me the Plumbing Supervisor position with the same salary of the previous supervisor. I was aware of what the salary entailed. On April 5, 2019, Mr. Smith rescinded his salary offer, and stated that he would only pay me $200 a week. I declined the position. Shortly thereafter, James Istre became the Plumbing Supervisor. Mr. Istre is not qualified for the position. On July 1, 2019, I complained to Mr. Smith about hiring and Human Resources practices, as well as being passed over for master licensure status. On July 6, 2019, I was discharged.

II. I was given no reason why I was discharged.

III. I believe that I have been discriminated and retaliated against because of my age (50), in violation of the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>Digitally signed by Gary Swanson on 10-16-2019 06:18 PM EDT | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |