UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GARY L. SWANSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| CAROLINA FRESH WATER, LLC, SID SMITH, | ) | 7:20-CV-163-BO |
| JERRY H. WALTERS, JR., EMILY C. PAPPAS, | ) | |
| and JOEL TURNER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**
This cause comes before the Court on several pending motions, including plaintiff's motion to amend/correct complaint, motion for preliminary injunction, motion for show just cause, motion for contempt and sanctions, motion for summary judgment, and motion to strike. Also pending before the Court is a motion by Jerry H. Walters to correct the docket or in the alternative to dismiss and a motion by defendants Carolina Fresh Water, LLC and Sid Smith to dismiss. The appropriate responses and replies have been filed, or the time for doing so has expired, and the matters are ripe for ruling.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant Walter's motion to correct or in the alternative to dismiss [DE 9] is GRANTED IN PART and DENIED IN PART; defendants Carolina Fresh Water and Sid Smith's motion to dismiss [DE 10] is GRANTED; plaintiff's motion to amend/correct complaint [DE 15] is DENIED; plaintiff's motion for preliminary injunction [DE 17] is DENIED; plaintiff's motion for show just cause [DE 19] is DENIED; plaintiff's motion for contempt and sanctions [DE 22] is DENIED; plaintiff's motion for Article 134 Recommendation against Jay Cronley [DE 26] is DENIED; plaintiff's motion for summary judgment [DE 28] is DENIED; and plaintiff's motion to strike [DE 31] and amended motion to strike [DE 32] are DENIED. Plaintiff has failed to plausibly allege any claim and his complaint is hereby DISMISSED in its entirety.

This case is closed.

**This judgment filed and entered on March 25, 2021, and served on:**
Gary L. Swanson (via CM/ECF Notice of Electronic Filing)
Jerry H. Walters, Jr. (via CM/ECF Notice of Electronic Filing)

March 25, 2021

PETER A, MOORE, JR., CLERK

/s/Lindsay Stouch
By: Deputy Clerk